## LEONARD W. BYRD *v.* BECHTEL/FUSCO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 90 Conn. App. 641 (AC 25686), is denied.

*Leonard W. Byrd,* pro se, in support of the petition.

Decided November 9, 2005

## DANIEL R. GERVAIS *v.* PAMELA M. GERVAIS

The plaintiff's petition for certification for appeal from the Appellate Court, 91 Conn. App. 840 (AC 24612), is denied.

*Dina M. Menchetti,* in support of the petition.

*Campbell D. Barrett,* in opposition.

Decided November 9, 2005

## DARIN R. DOCKTER ET AL. *v.* KENNETH D. SLOWIK

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 448 (AC 25050), is denied.

*James V. Somers,* in support of the petition.

Decided November 9, 2005

## HARTFORD FIRE INSURANCE COMPANY *v.* SCOTT WARNER ET AL.

The petition by the defendant Linda Warner for certification for appeal from the Appellate Court, 91 Conn. App. 685 (AC 25147), is denied.